# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JASON HOLLY**                                                                  **PLAINTIFF**

**v.**                  **CASE NO: 4:21CV01151-JM-JTK**

**JOSH HAMPTON**                                                   **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Holly's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that this action is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

DATED this 12th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE