IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON HOLLY**                                                                                    **PLAINTIFF**

v.                          **CASE NO: 4:21CV01151-JM-JTK**

**JOSH HAMPTON**
                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 12th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE